IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MINERVA GONZALEZ, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 7:16-cv-00547 |
| GREAT LAKES REINSURANCE (UK) SE F/K/A GREAT LAKES REINSURANCE (UK) PLC, and THE LITTLETON GROUP-EASTERN DIVISION, INC., Defendants. | § § § § § § | |

## NOTICE OF SETTLEMENT

Plaintiff Minerva Gonzalez ("Plaintiff") and Defendants Great Lakes Reinsurance (UK) SE (formerly known as Great Lakes Reinsurance (UK) Plc) ("Great Lakes") and The Littleton Group-Eastern Division, Inc. ("Littleton") (collectively "Defendants") hereby notify the Court that they have reached an agreement to resolve this matter and are finalizing the settlement. The settlement documents to be executed call for the filing of a joint stipulation of dismissal with prejudice upon execution of the settlement documents by the parties, which will dispose of this case in its entirety.

To preserve judicial economy, the parties request that the Court remove this case from the trial docket and abate the remaining deadlines while the parties finalize the pertinent settlement and dismissal papers.

Respectfully submitted,

By: /s/ Katriel Statman
**Eddy De Los Santos**
Texas Bar No. 24040790
Federal ID No. 602417
**Katriel Statman**
Texas Bar No. 24093197
Federal ID No. 2513924
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ. P.C.**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 - Telephone
(713) 650-9701 - Facsimile
edelossantos@bakerdonelson.com
kstatman@bakerdonelson.com

*Attorneys for Defendant Great Lakes Reinsurance (UK) SE (formerly known as Great Lakes Reinsurance (UK) Plc) and The Littleton Group-Eastern Division, Inc.*

AND

By: /s/ John Saenz
**John Saenz**
Texas Bar No. 24038046
Federal ID No. 602417
**JOHN SAENZ & ASSOCIATES PC**
805 Dallas Ave.
McAllen, Texas 78501
(956) 467-0111 - Telephone
(956) 467-1742 - Facsimile

*Attorneys for Plaintiff Minerva Gonzalez*

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that on June 20, 2017, the foregoing was served on all counsel of record via the ECF filing system, pursuant to the Federal Rules of Civil Procedure.

/s/ Katriel Statman
Katriel Statman