IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MINERVA GONZALEZ, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 7:16-cv-00547 |
| § | |
| GREAT LAKES REINSURANCE (UK) § | |
| SE F/K/A GREAT LAKES § | |
| REINSURANCE (UK) PLC, and THE § | |
| LITTLETON GROUP-EASTERN § | |
| DIVISION, INC., § | |
|     Defendants. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Minerva Gonzalez ("Plaintiff") and Defendants Great Lakes Reinsurance (UK) SE (formerly known as Great Lakes Reinsurance (UK) Plc) ("Great Lakes") and The Littleton Group-Eastern Division, Inc. ("Littleton") (collectively "Defendants") file this joint stipulation of dismissal with prejudice.

1. Plaintiff is Minerva Gonzalez. Defendants are Great Lakes Reinsurance (UK) SE (formerly known as Great Lakes Reinsurance (UK) Plc) and The Littleton Group-Eastern Division, Inc.

2. On July 27, 2016, Plaintiff sued Defendants.

3. Plaintiff moves to dismiss this lawsuit in its entirety with prejudice.

4. Defendants agree to this dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

By: */s/ Katriel Statman*
**Eddy De Los Santos**
Texas Bar No. 24040790
Federal ID No. 602417
**Katriel Statman**
Texas Bar No. 24093197
Federal ID No. 2513924
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ. P.C.**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 - Telephone
(713) 650-9701 - Facsimile
edelossantos@bakerdonelson.com
kstatman@bakerdonelson.com

*Attorneys for Defendant Great Lakes Reinsurance (UK) SE (formerly known as Great Lakes Reinsurance (UK) Plc) and The Littleton Group-Eastern Division, Inc.*

AND

By: */s/ John Saenz*
**John Saenz**
Texas Bar No. 24038046
Federal ID No. 602417
**JOHN SAENZ & ASSOCIATES PC**
805 Dallas Ave.
McAllen, Texas 78501
(956) 467-0111 - Telephone
(956) 467-1742 - Facsimile

*Attorneys for Plaintiff Minerva Gonzalez*

## **CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that on June 20, 2017, the foregoing was served on all counsel of record via the ECF filing system, pursuant to the Federal Rules of Civil Procedure.

                                                      */s/ Katriel Statman*  
                                                      Katriel Statman